**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DANIEL FORCE,<br><br>          Plaintiff,<br><br>     vs.<br><br>MELVIN HUNTER, ET AL.,<br><br>          Defendants. | CASE NO. CV 05-02534 SGL (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its Statement of Uncontroverted Facts and Conclusions of Law.

DATED: July 29, 2009

*/s/ S. G. Larson*

───────────────────────────────
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE