**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DANIEL FORCE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MELVIN HUNTER, ET AL.,<br><br>　　　　　Defendants. | CASE NO. CV 05-02534 SGL (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, and having adopted the Report and Recommendation as its Statement of Uncontroverted Facts and Conclusions of Law,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Complaint and that the action is dismissed with prejudice.

DATED: July 29, 2009

*/s/ S.G. Larson*

　　　　STEPHEN G. LARSON
　　　UNITED STATES DISTRICT JUDGE